SAMPLE #2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 2 4 2014
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

Ronald Rex )
)
)
)
Plaintiff, )
)
vs. )   CASE NO. CIV-14-663 M
)
The University of Oklahoma )
Defendant. )

### COMPLAINT

① Employment Discrimination violation of title VII of the Civil Rights Act of 1964.

Ronald K. Rex
5408 N. Terry OKC, OK 73111
405.471.9684

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*