# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD K. REX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-14-663-M |
| | ) |
| UNIVERSITY OF OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's Motion for Extension of Time, filed January 07, 2015. On June 24, 2014, plaintiff commenced this action against defendant. On June 27, 2014, a summons was issued. The record, however, did not indicate whether service had been obtained.

Pursuant to Federal Rule of Civil Procedure 4(m)[1], the Court directed plaintiff to serve defendant by January 8, 2015. Plaintiff now moves the Court for an extension of time to serve defendant. Upon review of the motion, and for good cause shown, the Court GRANTS plaintiff's Motion for Extension of Time [docket no. 7]. Plaintiff shall serve defendant by

---

[1] Federal Rule of Civil Procedure 4(m) provides, in pertinent part:
(m) Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.
Fed. R. Civ. P. 4(m).

March 02, 2015.[2]

**IT IS SO ORDERED this   2nd   day of February, 2015.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] As noted above, the Court has provided plaintiff ample opportunity to serve defendant and obtain counsel. Accordingly, the Court advises plaintiff that if service is not effected by said date, the Court shall dismiss this action without prejudice.