# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD K. REX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-663-M |
| ) | |
| UNIVERSITY OF OKLAHOMA, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to a separate order issued this same date, this action is hereby dismissed.

**ENTERED at Oklahoma City, Oklahoma this    20th    day of March, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE